# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 1, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack,
Justices

145445

ERIKA CUMMINGS,
      Plaintiff-Appellee,

v

      SC: 145445
      COA: 303386
      Genesee CC: 09-092707-NO

SETH LEWIS,
      Defendant-Appellant,
and

ROGELIO GERARDO VILLARREAL and
CITY OF FLINT,
      Defendants.

_____/

      On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.

      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 1, 2013

_____
Clerk

t0129